MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7200
    kathryn.haun@usdoj.gov

Attorneys for United States of America

FILED
2014 SE. 16 A 9:37

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DMITRY BRAVERMAN, <br><br> Defendant. | CASE NO. 3-14-71229 JCS <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that the above-named defendant has been arrested based upon a sealed arrest warrant (copy attached) issued upon a sealed Complaint pending in the Southern District of New York, Case Number 14-cr-2031. The Warrant for Arrest is attached as Exhibit 1, and the Complaint is attached as Exhibit 2.

RULE 5 NOTICE OF PROCEEDINGS                1

## **DESCRIPTION OF CHARGES**

The defendant is charged in Count One of the Complaint with a violation of 15 U.S.C. Sections 78j(b) and 78ff, and 17 C.F.R. Sections 240.10b-5 and 140.10b5-2. The charges against the defendant are set forth in the attached criminal Complaint but, in sum, allege that the defendant committed securities fraud and insider trading based on information obtained as part of his employment at a national law firm.

## **PENALTIES**

Count One of the Complaint charges the Defendant with securities fraud, in violation of Title 15, United States Code, Sections 78(j)(b) and 78ff; Title 17, Code of Federal Regulations, Sections 240.10b-5 and 140.10b5-2; and Title 18, United States Code, Section 2. This charge carries a maximum sentence of twenty years' imprisonment, a maximum term of three years' supervised release, a maximum fine pursuant to Title 18, United States Code, Section 3571, of the greatest of $5,000,000, twice the gross pecuniary gain derived from the offense, or twice the gross pecuniary loss to a person other than the Defendant as a result of the offense, restitution as determined by the Court, and a mandatory $100 special assessment.

Respectfully Submitted,

MELINDA HAAG
United States Attorney

Dated: September 16, 2014

KATHRYN R. HAUN
Assistant United States Attorney